Certificate Number: 14912-GAN-DE-031419547

Bankruptcy Case Number: 16-69483



14912-GAN-DE-031419547

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 3, 2018, at 10:58 o'clock AM EDT, Nacole Holliday completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: August 3, 2018

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor